UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BLAKE,<br>CDCR #T-77278,<br><br>                    Plaintiff,<br>v.<br><br>CALVIN A. CALALANG, Correctional Officer,<br><br>                    Defendant. | Case No. 21-cv-1875-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 17] |

      On October 31, 2022, Plaintiff Tom Blake and Defendant Correctional Officer Calvin A. Calalang filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice. Each party shall bear their own costs and fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

      **IT IS SO ORDERED**.

Dated: November 1, 2022

HON. MICHAEL M. ANELLO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28